

Park 80 West-Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Attorneys at Law      njlawfirm.com

Jeffrey W. Herrmann, Esq.
jwh@njlawfirm.com

February 15, 2022

<u>VIA ECF</u>
Honorable Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    **Dunn, et al., v. PHH Mortgage Corporation**
           **Civil Action No.: 1:20-cv-05848-RBK-KMW**

Dear Judge King:

    On January 19, 2022, the Court entered an Order rescheduling a discovery dispute teleconference for February 16, 2022. The Parties hereby jointly respectfully request another four week extension of this date for the following reasons.

    On February 9, 2022, the Parties continued settlement negotiations that began in December. On Thursday, February 17, 2022, the Parties will continue their discussions. When the parties meet again on Thursday, they will have conferred with their respective clients concerning each side's settlement proposals and the relevant case law. Therefore, in the interests of judicial economy, the Parties request an adjournment of the discovery teleconference.

    Should the Court have questions about this request, please let us know.

           Respectfully,

           **COHN LIFLAND PEARLMAN**
            **HERRMANN & KNOPF LLP**

           <u>/s/Jeffrey W. Herrmann</u>
           Jeffrey W. Herrmann
           Attorney(s) for Plaintiff(s)

           **STADLEY, RONON, STEVENS & YOUNG, LLP**

           <u>/s/ Joe. N. Nguyen</u>
           Joe N. Nguyen
           Attorney(s) for Defendant(s)