

**Stradley Ronon Stevens & Young, LLP**

A Pennsylvania Limited Liability Partnership

LibertyView

457 Haddonfield Road, Suite 100

Cherry Hill, NJ  08002

Telephone  856.321.2400

Fax  856.321.2415

www.stradley.com

June 3, 2022

**Via ECF**

Magistrate Judge Sharon A. King
Mitchell H. Cohen Building
  & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *Dunn v. PHH Mortgage Corporation*
                **Civ. Case No. 1:20-cv-05848-RBK-KMW**

Dear Judge King:

      In accordance with the Court's text order dated May 19, 2022 (ECF Doc. No. 57), the parties write to update the Court on the status of their ongoing discussions about a potential resolution of this matter.  The discussions have continued since the settlement conference on May 19, 2022.  The parties have made progress toward a potential resolution, and their view is that, with the benefit of additional time, they will make further progress.  Therefore, the parties respectfully request an extension of the time for them to submit the proposed Amended Scheduling Order contemplated by the Court's May 19, 2022 text order, until and including July 6, 2022.

      Should the Court have questions about this request, please let us know.

                        Very truly yours,

                        **COHN LIFLAND PEARLMAN**
                         **HERRMANN & KNOPF LLP**

                        */s/Jeffrey W. Herrmann*
                        Jeffrey W. Herrmann
                        Attorney(s) for Plaintiff(s)

                        **STADLEY, RONON, STEVENS & YOUNG, LLP**

                        */s/ Joe. N. Nguyen*
                        Joe N. Nguyen
                        Attorney(s) for Defendant(s)

5627554v.1