# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD DUNN and NICOLE DUNN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br>　　　　　　Defendant. | Civil Action No. 1:20-CV-05848<br><br>**WITHDRAWAL OF APPEARANCE** |

Kindly withdraw the appearance of Adam D. Brown, Esquire, as counsel for Defendant, PHH Mortgage Corporation d/b/a PHH Mortgage Services, in the above-captioned matter.

Dated: August 2, 2022　　　　STRADLEY RONON STEVENS & YOUNG, LLP
　　　　　　　　　　　　　　　A Pennsylvania Limited Liability Partnership

　　　　　　　　　　　　　　　By:　/s/ *Adam D. Brown*
　　　　　　　　　　　　　　　　　Adam D. Brown
　　　　　　　　　　　　　　　　　(N.J. Bar No. 024652007)
　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　Suite 2600
　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7098
　　　　　　　　　　　　　　　　　(215) 564-8000
　　　　　　　　　　　　　　　　　(215) 564-8120 fax
　　　　　　　　　　　　　　　　　abrown@stradley.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　*PHH Mortgage Corporation d/b/a PHH*
　　　　　　　　　　　　　　　　　*Mortgage Services*

## **CERTIFICATE OF SERVICE**

  I, Adam D. Brown, hereby certify that on this 2nd day of August, 2022, I caused the foregoing Withdrawal of Appearance to be electronically filed via the Court's ECF system. This document is available for viewing and downloading from the PACER system by all parties and counsel of record.

            */s/ Adam D. Brown*
            Adam D. Brown

5703761v.1