

Park 80 West-Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Attorneys at Law

njlawfirm.com

Jeffrey W. Herrmann, Esq.
jwh@njlawfirm.com

August 29, 2022

**VIA ECF**
Honorable Karen M. Williams, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
Court Room 4A
4th & Cooper Streets
Camden, NJ 08101

    Re:    Dunn, et al., v. PHH Mortgage Corporation
             Civil Action No.: 1:20-cv-05848-RBK-KMW

Dear Judge Williams:

The parties have reached an amicable resolution of the above referenced action. Attached pleased find a proposed Order of Dismissal with Prejudice which we respectfully request that Your Honor enter same. On behalf of all counsel, I wanted to extend our gratitude for the efforts you made that led to the parties reaching this amicable resolution.

Respectfully submitted,

**COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP**

*/s/Jeffrey W. Herrmann*
Jeffrey W. Herrmann
Attorney(s) for Plaintiff(s)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD DUNN and NICOLE DUNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br><br>Defendant. | Civ. Case No.: 20-5848(RBK/KMW)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

By agreement of the parties, this individual action is voluntarily dismissed with prejudice pursuant to Fed. R. of Civ. P. 41(a)(2).

SO ORDERED

_____
Hon. Karen M. Williams, U.S.D.J.