# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD DUNN and NICOLE DUNN, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES, <br><br> Defendant. | Civ. Case No.: 20-5848(RBK/KMW) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

By agreement of the parties, this individual action is voluntarily dismissed with prejudice pursuant to Fed. R. of Civ. P. 41(a)(2).

SO ORDERED August 29, 2022

_____
Hon. Karen M. Williams, U.S.D.J.